UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

TRAVIS SANTELL LONGMIRE,

    Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

    Defendants.

_____/

Case No. 2:19-cv-103

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action under 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c), because Defendant Michigan Department of Corrections is immune from suit and Plaintiff fails to state a claim against the other defendants.

**IT IS FURTHER ORDERED** that Plaintiff's action under state law is **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over such claims.

Dated: July 22, 2019

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge